**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE WALKO, | ) |
|       Plaintiff | ) ) ) |
| v. | )   **Case No.: 3:14-cv-02297-WJN** |
| PENN CREDIT CORPORATION, | ) ) ) |
|       Defendant | ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>March 25, 2015</u>      BY: <u>*/s/ Craig Thor Kimmel*</u>
                                                   Craig Thor Kimmel, Esquire
                                                   PA Attorney ID No. 57100
                                                   Kimmel & Silverman, P.C.
                                                   30 East Butler Pike
                                                   Ambler, PA 19002
                                                   Phone: (215) 540-8888 ext. 116
                                                   Facsimile: (877) 788-2864
                                                   Email: kimmel@creditlaw.com
                                                   Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 25th day of March, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

>Penn Credit Corporation
>916 S, 14th Street
>Harrisburg, PA 17104

>/s/ Craig Thor Kimmel
>Craig Thor Kimmel, Esquire
>PA Attorney ID No. 57100
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888 ext. 116
>Facsimile: (877) 788-2864
>Email: kimmel@creditlaw.com
>Attorney for Plaintiff